```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN PLUMBING & HEATING COMPANY., a California corporation <br><br> Defendant. | NO. C 07 4534 MEJ <br><br> NOTICE OF <br> VOLUNTARY DISMISSAL |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for December 6, 2007 at 10:00 a.m. in Courtroom No. B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:    November 20, 2007                ERSKINE & TULLEY

                                           By: _____
                                              Michael J. Carroll
                                              Attorneys for Plaintiffs

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On November 20, 2007 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Western Plumbing & Heating Company
888 Marin Street
San Francisco, CA 94124

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2007 at San Francisco, California.

*Sharon Eastman*
Sharon Eastman